JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Qi Xiao, | Case No. 2:23-cv-2088-APG-MDC |
| Plaintiff, | **Joint Stipulation and Order of Dismissal** |
| v. | |
| Alejandro Mayorkas, Secretary of DHS; Tracy Renaud, Director of USCIS; Jennifer B. Higgins, Associate Director of USCIS Asylum Division; and David M. Radel, Director of LA Asylum Office, | |
| Defendants. | |

The United States of America, on behalf of its agencies, the United States Department of Homeland Security and the United States Citizenship and Immigration Services ("Defendants"), and Plaintiff, Qi Xiao, *pro se*, hereby stipulate to the dismissal

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

without prejudice of each and every cause of action alleged in the Complaint filed in this case [ECF No. 6], each party to bear its own fees and costs.

Respectfully submitted this 17th day of April 2024.

QI XIAO
*Plaintiff, Pro Se*

JASON M. FRIERSON
United States Attorney

/s/ *Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the United States*

IT IS SO ORDERED:

United States District Judge

DATED: April 19, 2024

2